# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DENNIS CAMPBELL, | ) |
| Plaintiff | ) JUDGE SARGUS |
| vs. | ) |
| | ) Case No. 2:05-CV-151 |
| UNITED PARCEL SERVICE, | ) |
| | ) **STIPULATION OF DISMISSAL** |
| Defendant. | ) |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this civil action be dismissed, with prejudice, with each party to bear its own costs.

AGREED:

/s/ Mike Moore_____
Mike Moore (0025047)
1301 S. High Street
Columbus, OH 43206
Telephone:  (614) 443-0554
Fax:  (614) 443-0557
Email: mmoore1301@sbcglobal.net
ATTORNEY FOR PLAINTIFF

/s/ Myra McKenzie_____
John M. Stephen (0022947)
Myra L. McKenzie (0075624)
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH 43215
Telephone:  (614) 227-2000
Fax: (614) 227-2100
Email:  jstephen@porterwright.com
         mmckenzie@porterwright.com
ATTORNEYS FOR DEFENDANT